Rosen & Kantrow, PLLC
*Proposed Attorneys for Allan B. Mendelsohn, Trustee*
38 New Street
Huntington, New York 11743
(631) 423-8527
Fred S. Kantrow, Esq.
Alex E. Tsionis, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

                                            Chapter 7
      DAVID N. COHEN,                   Case No.: 20-71741-ast

                        Debtor.
-------------------------------------------------------------X

## **AFFIDAVIT IN SUPPORT OF RETENTION**

Fred S. Kantrow, being duly sworn deposes and says:

      1.      I am a member of Rosen & Kantrow, PLLC (the "Firm") and make this Affidavit in support of the application by Allan B. Mendelsohn, Chapter 7 trustee (the "Trustee") for the Estate of David N. Cohen, debtor (the "Debtor"), for an order authorizing the Trustee to retain the Firm as counsel to the Trustee in this case.

      2.      I and other members of the Firm are admitted to practice before this Court. This firm has over twenty (20) years of legal experience in the bankruptcy field and bankruptcy presently constitutes eighty-five (85%) percent of the Firm's practice.

      3.      The undersigned, as well as the attorneys of the Firm, have read and are generally familiar with the Bankruptcy Code together with current amendments, the Bankruptcy Rules, the Local Rules of this Court and this Court's Chamber's Rules.

      4.      The Firm is competent to represent the interest of the Trustee, on whose behalf representation is now sought in all proceedings now pending or which may reasonably be expected.

1

5. The Firm does not hold or represent an interest adverse to the Trustee, the Debtor or the estate, creditors or any other interested person with regard to the matters for which the Firm is being retained and is disinterested as that term is defined in 11 U.S.C. § 101(14).

6. As the result of inquiries, deponent believes that the Firm and the undersigned have no connection with the Debtor, any of the Debtor's creditors or any other party in interest or their respective attorneys.

7. It is anticipated that compensation will be paid to the Firm as counsel to the Trustee from Debtor's estate, upon proper application therefor on an hourly basis. The Firm's current billing rates are as follows:

    Associates    $325.00-495.00 per hour

    Partners    $575.00-595.00 per hour

8. The Trustee has not paid to, nor has the Firm accepted, any retainer amount in connection with the case.

9. In accordance with Rule 2014-1(iii) of the Local Bankruptcy Rules for the Eastern District of New York as to whether the professional person has previously rendered any professional services to the trustee, debtor, debtor in possession, the extent thereof and the status of the compensation therefor, the Court is respectfully referred to the following chart for a listing of all active Chapter 7 cases in which the Firm has been retained as counsel to the Trustee together with the status of the case (all active cases continue to accrue fees on an hourly basis as work is performed):

| Case Name | Chapter 7 Case Number | Status of Case |
| --- | --- | --- |
| ALLSTATE MERCHANT SERVICES, LLC | 14-73613-las | Active |
| DONNELLY COMMODITIES, INC. | 09-79349-las | Active |
| FREDERICK L. IPPOLITO | 12-70632-ast | Active |
| SHENAZ KHAN | 14-75498-reg | Active |
| APCO MERCHANT | 14-73607-las | Active |
| ROBERT ZIATZ | 16-72940-las | Active |
| QUEST VENTURES, LTD. | 15-75499-reg | Active |
| ALEX MAGLIOCHETTI | 17-75469-ast | Active |
| JOHN A. WALCZUK | 17-76195-reg | Active |
| ANGELA M. FUNK | 17-71888-las | Active |
| GNS METALS | 17-74751-ast | Active |
| JOHN MICHAEL IOANNOU | 18-75257-ast | Active |
| EVANGELOS TRINGAS | 18-72690-reg | Active |
| ADEL KELLEL | 18-76679-las | Active |
| DAVID KORNREICH | 18-77982-reg | Active |
| JOANNE GRADILONE | 19-70081-reg | Active |
| PETLAND DISCOUNTS, INC | 19-72292-reg | Active |
| NMS FABRICATIONS, INC. | 18-72675-las | Active |
| PATRICIA VEZZI | 19-70860-ast | Active |

| | | |
|---|---|---|
| SALVATORE CAROLLO AND JUDY ANN CAROLLO | 09-73182-reg | Active |
| KEVIN P. MOYNIHAN AND TAMMYLYN MOYNIHAN | 19-72456-ast | Active |
| HYUNG TACK HONG AND YEON OG CHO | 19-72287-las | Active |
| JACK FRIED | 19-72258-ast | Active |
| SAGAR KHANNA AND KIRAN YASIN | 18-77007-ast | Active |
| GREGG S. WEINSTEIN | 19-74950-ast | Active |
| LEONARD ROBERT LEFF A/K/A LENNY LEFF | 19-73377-reg | Active |
| BAY TERRACE PLAZA LLC | 19-73115-reg | Active |
| DEBORAH BRODY | 19-74684-reg | Active |
| YUVAL GOLAN | 19-75598-reg | Active |
| APOLLO H.V.A.C. | 19-76981-ast | Active |
| SHERI HERSKOVITS | 19-78057-ast | Active |
| NICOL L. LUTSKY | 20-70420-las | Active |
| DIA M. CATANIA | 20-70768-las | Active |
| PAUL A. BRENNAN | 20-70390-las | Active |
| DAVID SANTOS | 20-70161-ast | Pending |
| NAUSHAD HASAN | 20-71433-reg | Pending |
| BENJAMIN J. HOROWITZ | 20-70401-las | Pending |

/s/ Fred S. Kantrow
Fred S. Kantrow

Sworn to before me this
4th day of May, 2020

*/s/Alexandros Tsionis*
Alexandros Tsionis

Notary Public State of New York
Qualified in Suffolk County
No. 02TS6391338
Commission Exp. 05/06/2023