SCHEDULE

1. A copy of any and all mortgage applications/credit applications and/or the like, for which David Cohen and Susan Cohen as Trustees for The Susan Cohen Living Trust Dated September 18, 2002, submitted in which the Real Property was pledged as collateral.

2. A copy of the closing statements for the mortgage or credit line account dated on or about April 24, 2015, in connection with the proceeds received from Teachers Federal Credit Union, for the account ending in the last four digits 7729.

3. A copy of the closing statements for the mortgage or credit line account dated on or about September 22, 2014, in connection with the proceeds received from Teachers Federal Credit Union, for the account ending in the last four digits 9772.

4. Any and all documents relied upon by the underwriting department in connection with the loans referenced herein in paragraphs 2 and 3.

5. A copy of any and all payments received by TFCU in connection with the loans referenced herein in paragraph 2 and 3.